DocuSign Envelope ID: 21FB8261-5A06-4A6E-98CF-409A042F6938

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

KRISHNA MANSINGH and JEROME HUNTER,
on behalf of themselves and all others similarly situated,

                                  Plaintiffs,

- against -

MACY'S, INC., JOSEPH ELETTO TRANSFER, INC., and
I. WILLIAMS ASSOCIATES, INC.,

                                  Defendants.

------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 06 2015 ★
LONG ISLAND OFFICE

Case No.:
15 Civ. 2756 (ADS) (AYS)

## STIPULATION AND [*PROPOSED*] ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through their undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed without prejudice and without costs or attorney's fees in this action.

By: _/s/ Troy L. Kessler_____
     Troy L. Kessler

Date: _10/5/2015_____

SHULMAN KESSLER LLP
Troy L. Kessler
Marijana Matura
534 Broadhollow Road, Suite 275
Melville, New York 11747

LICHTEN & LISS-RIORDAN, P.C.
Harold Lichten
Thomas Fowler
729 Boylston Street, Suite 2000
Boston, MA 02116

By: _/s/ Steven Gerber_____
     Steven Gerber

Date: _Oct 5, 2015_____

GONZALEZ SAGGIO & HARLAN LLP
Steven Gerber
292 Madison Avenue, 19th Floor
New York, New York 10017

*Attorneys for Defendant Macy's, Inc.*

Case 2:15-cv-02756-ADS-AYS Document 26 Filed 10/06/15 Page 2 of 2 PageID #: 168
Case 2:15-cv-02756-ADS-AYS Document 24-1 Filed 10/05/15 Page 1 of 2 PageID #: 164
DocuSign Envelope ID: 217B826F-5A06-4A02-96CF-469A042FE996

LAW OFFICE OF NICHOLAS F. ORTIZ, P.C.
Nicholas F. Ortiz
Raven Moeslinger
99 High Street, Suite 304
Boston, MA 02110

LAW OFFICES OF JAMES W. SIMPSON, JR.
P.C.
James W. Simpson, Jr.
100 Concord Street, Suite 3B
Framingham, MA 01702

*Attorneys for Plaintiffs and the Putative Massachusetts Class*

By: _____
Robert L. Browning

Date: Oct. 5, 2015

SCOPELITIS GARVIN LIGHT HANSON & FEARY
Robert L. Browning
10 West Market Street, Suite 1500
Indianapolis, IN 46204

*Attorneys for Defendants Joseph Eletto Transfer and I. Williams Associates, Inc.*

SO ORDERED on this 6th day of Oct, 2015

s/ Arthur D. Spatt
_____
Arthur D. Spatt
United States District Judge

2